IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| POOJA NEEMA, MINUSHA KURAKULA, VIJAYASRI KONAM, DIVYA PARAVASTU, TANVI RUSHABH SHAH, NEERAJA ASHOK BHANGRE, BHAVANA RAVI, SWEETY RADHAKISHAN KALANI, NAGA SUDHA HARIKA TADURI, CHAITANYA GANGINENI, VENKATA MADHUSUJITHA KAMISETTY, SRUTHI SAGI, DIVYA VIDIYALA, JITENDRA KUMAR SHARMA, REEMA GUPTA, MERLIN MATHEW, JAYAKUMAR SIREESHA MITTA, SRINATH AMBATI, TANYA MATHEWS, JYOTI KANWAR, AKKAYYA CHAVALA, VANDANA RAJSHEKHAR RAO SURAPREDDY, HARIKA PUDOTA, SAFINA ALI, SAGARIKA PARIDA, SARADA BONTHU, DESIRAJU HYMA, GAURI RAJENDRA JAGTAP, BABITA VERMA, SWATI BINDU KALAHASTHI, EKTA RANA, VIDYA DURAI RAJ, SRILAKSHMI GOUD NANDUTI, SAMYUKTA RONGALA, USHA KAMAL VEDANTAM, MAHENDRANATH DAMULURI, GAYATHRI ELAVARASAN, SHRAVANI NALLAVALLI, HARISH DIGUMARTHI, ARCHANA BANGALORE YOGENDRA, JERLINE SOPHIA LEO INFANT RAJ, VAMSI KRISHNA TEKUMALLA, KETAKI HALDIPURKAR, MAITRAI CHINTANKUMAR JOSHI, MANEESHA KRISHNAN, GAYATHRI KUMARAN, SANTHOSH KUMAR MUGU, ADITYA SUDHAKAR, TANVEE TEJALBHAI SHAH, SMITHA LNU, ANUSHA NAIDU KUNTA, LUBNA KHALEELI, SHOBHA RANI MALLU, UMA RANI BIRAPNENI, JUGAL SUDHIR DATERAO, | 4:20CV3131<br><br>**ORDER** |

HIMABINDU DOMMETI, RADHIKA NATHANI, VISHALI JANARDHAN ENNALA, SRAVANTHI KOTHAUPPARI, SUMITHA KOMMAREDDY, NAVEENAJANCY KASI BALASAMY, AKITA BASANT, PRAVEENKUMAR SADINENI, VIDUSHI SHUKLA, NAGA RUKMINI SRIHARIKA DURGA, MAHESH BODHANAPU, TRISHA KASHYAP NAGADEEPA, BALAJI VIJAYAKUMAR, MEENAKSHI KAUR GURPREET MATHARU, PRIYANKA ASHIT PARIKHA, VISWANATH VENKATA NARASIMHA NITTALA, VANDANA PANKAJ MOTWANI, KARTHIK RAJATHACHAL MAMUDU, KENA BHARATBHAI PATEL, SARANYA SUDANTHIRA KUMAR, VEENA SANDRA, SWETHA SUDHA NIZAMPATNAM, GEETHA GOVINDAM, APARNA MADDUKURI, GULSHAN BARAL, REKHA GOPINATH, PRAJAKTA NINAD VARTAK, SNEHA DOMMETY, VASAVI KOTHA, SANDHYA VANAMA, SHALIMA PRAKASH NAMBOLAN, SOUMYA KASTALA, SHANTHI VELUPANDIAN, ARTHI PALANIAPPAN, PRANTH REDDY MANDA, GAYATRI BITRACANTI, AARADHI TILVA, SANDHYA PANDEY, DHRUVIL DIPAKKUMAR JAISWAL, LAVANYA DEVDAS, BABYNAVEENA MUDDANA, VATHSALYA KIDAMBI, NIRJA YASHWANTRAO EDLA, SHIPRA SHARMA, SANGEETHA KUMARI DANDU, RAMYA SURESH, DEEPIKA AHLUWALIA, PRIYANKA AGARWAL, SWETHA MADIREDDY, BHAVANI NARRA, BEENA GOPAL, SIMI TRESA ANTHONY, SACHIN SAHGAL, SUDHA RANI CHAGALA, PRITI BINIWALE, VISHAL NAYAN, DEBLINA SEN,

| |
|---|
| SHRIVALLI AMUNJE SATHEESHA NAYAK, REEMA MENON, MAMTA PUROHIT, PRATATHI REDDY VELIVARTHI, SWAPNA MOTURU, SWATI SANAPALA, NAREN KRISHNA NANAMADRI, SIREESHA MANDURU, SREE ROHITHA GUNTUPALLI, VIJETA PATEL, BALA PRATYUSHA MALLAMPALLI, YAMINI KODALI, SUGANYA GOVINDARAJ, HARITHA KUMARI RAJULA, AISHUWARIYA RAGHUNATHAN LAKSHMINARASIMHAN, MANEET KAUR BRAR, ANKITA KANUNGO, DEEPIKA MUPPALA, SAPNA CHHABRA, MADHURI KOTTE, ANU MANNILA MATHEW, SWETA PRASAD, RAJESH GANGINENI, SUMALATHA TINKALA, YAMINI VIPPARLA, RUPALI JAIN, and SADHANA LUTHURU, <br><br>                    Plaintiffs, <br><br>v. <br><br>KENNETH T. CUCCINELLI, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; <br><br>                    Defendant. |

This matter is before the Court on defendant Kenneth T. Cuccinelli's ("Cuccinelli") Motion to Extend (Filing No. 10) the filing date to respond to Plaintiffs' Motion for Preliminary Injunction (Filing No. 7). Cuccinelli requests the Court extend the deadline to January 25, 2021. Plaintiffs oppose Cuccinelli's motion to extend. Plaintiffs state that by January 25, fifty-four of the fifty-nine plaintiffs will have already suffered "the harm they seek to avoid in their motion for a preliminary injunction." That is, a loss of employment. For good cause shown, the Court will grant Cuccinelli's motion in part.

3

IT IS ORDERED:

1. Defendant Kenneth T. Cuccinelli's Motion to Extend (Filing No. 10) is granted in part.

2. Cuccinelli shall file briefing regarding plaintiffs' Motion for Preliminary Injunction (Filing No. 7) according to the following schedule:

    a. Cuccinelli shall submit a brief on the issue of proper venue on or before December 30, 2020.

    b. Cuccinelli shall submit its reply brief to plaintiffs' Motion for Preliminary Injunction on or before January 5, 2021.

3. A hearing is scheduled for January 7, 2021 at 9:00 am, in Courtroom No. 4, Roman Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska 68102. Plaintiffs and defendant shall serve and provide to the Court a list of probable witnesses and a list and copies of any exhibits to be offered at the hearing, on or before January 4, 2021.

Dated this 16th day of December 2020.

BY THE COURT:

*Robert F. Rossiter Jr.* (signature)

Robert F. Rossiter, Jr.
United States District Judge